NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re SEAGATE TECHNOLOGY HOLDINGS PLC, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE TECHNOLOGY (THAILAND) LTD., SEAGATE TECHNOLOGY (NETHERLANDS) B.V.,**

*Petitioners*

---

2026-147

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:25-cv-00596-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION AND MOTION**

---

**O R D E R**

Seagate Technology Holdings plc et al. move with consent to withdraw their petition for a writ of mandamus and for the parties to bear their own costs.

Upon consideration thereof,

2                    IN RE SEAGATE TECHNOLOGY HOLDINGS PLC

IT IS ORDERED THAT:

The motion is granted.  The petition is withdrawn.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 24, 2026
Date